**Order entered September 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00959-CR

**BARRY LYNN MCCURTAIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82933-2014**

## ORDER

The Court **GRANTS** court reporter LaTresta Ginyard's motions for extension of time to file the reporter's record.

We **ORDER** Ms. Ginyard to file the reporter's record within **FIFTEEN (15) DAYS** from the date of this order.

We **ORDER** the Collin County District Clerk to file the clerk's record within **FIFTEEN (15) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE